# *United States District Court*

***District of Minnesota***

Graphic Communications International
Union Local 1B Health and Welfare Funds,

Plaintiff(s)

vs. Civil Case No. 00-377 MJD/JGL

The Crepeau Company
d/b/a Crepeau Graphics,
Ramaley Printing and Northwest Print
Crafters

Defendant(s)

## CLERK'S ENTRY OF DEFAULT

It appearing that The Crepeau Company, defendant, is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**Default is hereby entered against**

The Crepeau Company

this 15th day of March, 20 00.

FRANCIS E. DOSAL
Clerk of Court

By: Shirley Hansen
Deputy Clerk

(9)